In re The Minnesota & Wisconsin R. Co.

In re The Minnesota & Wisconsin Railroad Company.

*March 17 — May 16, 1899.*

*Appealable order: Jurisdiction.*

1. An appeal from an order of the circuit court denying a motion of the petitioner in condemnation proceedings to dismiss the petition, does not confer jurisdiction on this court, under sec. 3069, Stats. 1898.
2. Where the court is precluded from entertaining an appeal by lack of jurisdiction it cannot be conferred by consent of the parties.

Appeal from an order of the circuit court for Pierce county: E. W. Helms, Circuit Judge. *Appeal dismissed.*

Appeal from order of the circuit court denying the petitioner's motion to dismiss the petition in condemnation proceedings.

For the appellant there was a brief by *Baker & Haven,* attorneys, and *F. W. M. Cutcheon,* of counsel, and oral argument by *Mr. Cutcheon.*

For the respondents there was a brief by *Clapp & Macartney,* and oral argument by *N. H. Clapp.*

The following opinion was filed April 4, 1899:

Dodge, J. The court has no jurisdiction to entertain an appeal from this order. Such jurisdiction cannot exist under any of the subdivisions of sec. 3069, Stats. 1898,— not under subd. 1, because it does not in effect determine the action, nor prevent a judgment from which an appeal can be taken; nor under subd. 2, for the reason that it is not a final order, though made in a special proceeding. Subds. 3 and 4, of course, have no application.

While both parties consent to and urge consideration of the merits of the order on this appeal, the court is precluded from acceding to such request by lack of jurisdiction, which

cannot be conferred by consent of parties. *Hyde v. German Nat. Bank*, 96 Wis. 406, 410.

*By the Court.*— The appeal is dismissed.

A motion for a rehearing was denied May 16, 1899.